### JAMES CORNELIUS V. THE CITY OF DALLAS.

*No. 1041.   Decided March 17th, 1897.*

**City Charter—Limit to Right of Appeal—Jurisdiction.**

Where it was provided by a city charter, that; "No appeals shall lie from this (city) court, unless the fine imposed is twenty dollars or more, and then only to the Court of Appeals." Held: The legislature had authority to impose this restriction upon the right of appeal from convictions in said City Court; and jurisdiction, on appeal, does not attach in the Court of Criminal Appeals where the fine imposed in the City Court is under twenty dollars.

APPEAL from the City Court of Dallas. Tried below before Hon. KENNETH FOREE, Judge of City Court.

Appeal from a conviction for violating a city ordinance; penalty, a fine of $15.

A motion was made to dismiss the appeal for want of jurisdiction.

No statement necessary.

*Wooten & McCoy,* for appellant.

*A. P. Wozencraft, T. A. Work* and *W. J. J. Smith,* for the City of Dallas.

DAVIDSON, JUDGE.—Appellant was convicted for violating a city ordinance prescribing a punishment for keeping fruit and candy stands on the streets of the city of Dallas, the fine imposed being $15. Appellant was tried in the City Court of the city of Dallas, and appeals. This being a prosecution for a violation of the city ordinances, said court had jurisdiction to try the case. Motion is made to dismiss the appeal, because the fine imposed is less than $20, this court, therefore, having no jurisdiction of this appeal. Section 31 of the charter of the city of Dallas provides: "No appeal shall lie from this [City Court] unless the fine imposed is $20 or more, and then only to the Court of

Appeals." We are of opinion that the legislature had the authority to impose this restriction upon the right of appeal from convictions had in said City Court. There are no constitutional restrictions that we are aware of in regard to appeals from convictions in city courts of violations of city ordinances. This being true, the jurisdictions of this court cannot attach to this appeal, because the amount of the fine imposed is under $20. The motion of the city attorney of the city of Dallas to dismiss this appeal is sustained, and the appeal is dismissed.

*Dismissed.*